AO 91 (Rev. 08/09)  Criminal Complaint

FILED by _____ D.C.

JUN - 7 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 13-8293-JMH |
| Robert Denmark, Richard Delancey, and Roland Ferguson | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 5, 2013_____ in the county of _____Palm Beach_____ in the _____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | *Attempted* Illegal Re-entry After Removal |

*Cf. J.M.H.*

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ICE S/A Cynthia Samples
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____06/07/2013_____

_____
*Judge's signature*

City and state: _____West Palm Beach, FL_____     Hon. James M. Hopkins, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Cynthia Samples, a Special Agent for the United States Department of Homeland Security, U.S. Immigration and Customs Enforcement, having being duly sworn, do hereby depose and state as follows:

1.     Your affiant has been employed as a Special Agent for the United States Department of Homeland Security, United States Immigration and Customs Enforcement ("ICE") for approximately 4 years.  Your affiant is currently assigned to the ICE Office located in West Palm Beach, Florida.

2.     As a Special Agent with ICE, your affiant is responsible for enforcing customs and immigration laws of the United States.  Your affiant has also participated in investigations of this nature.

3.     The information contained in this affidavit is based on my personal knowledge; information obtained from law enforcement databases; information received from other law enforcement officers; as well as information received from the United States Coast Guard.  This affidavit does not set forth every fact known to me regarding this investigation but only those facts necessary to establish probable cause to charge Robert Denmark, Richard Delancey, and Roland Ferguson with Illegal Re-entry After Removal in violation of 8 U.S.C. §1326(a).

4.     On June 5, 2013, at approximately 12:10 am, a crew member onboard a United States Coast Guard ("USCG") aircraft sighted a vessel running without navigation lights in international waters approximately forty three (43) nautical miles east of the Lake Worth Inlet in Palm Beach County, Florida.  The vessel with one outboard engine was traveling in a westerly direction on a course of 269 degrees.  At approximately 1:21 am, the vessel stopped approximately twenty (20) nautical miles east of the Lake Worth Inlet.  The USCG aircraft

subsequently lost sight of the suspect vessel; however, USCG Station Lake Worth Inlet had previously deployed vessels to patrol at twelve (12) nautical miles.

5.      U.S. Customs and Border Protection ("CBP") had deployed two patrol vessels to intercept the suspect vessel. A crew member onboard one of CBP's vessels utilizing the vessel's radar identified the suspect vessel stopped in the water approximately thirteen (13) nautical miles east of the Lake Worth Inlet. Then, utilizing the vessel's Forward Looking Infrared Radar ("FLIR"), a crew member onboard the same CBP patrol vessel noticed that the suspect vessel was then underway heading westbound towards their location. The CBP and USCG vessels were in the area.

6.      The two CBP patrol vessels followed the suspect vessel until it was within 12 nautical miles of the Palm Beach County shoreline at which time each of the CBP vessels activated their blue lights, sirens, spotlight and ordered the suspect vessel to stop. The operator of the suspect vessel, who was later identified as Elvis Cooper, did not comply with commands to stop and attempted to flee from the CBP patrol vessels. The CBP patrol vessels pursued the suspect vessel, which was last registered in Florida on March 15, 2006. This pursuit came to a conclusion after one of the CBP vessels fired two warning shots and one disabling round at the suspect vessel's engine, and the other CBP vessel fired two disabling rounds at the suspect vessel's engine, which successfully disabled the suspect vessel approximately nine (9) nautical miles east of the Lake Worth Inlet. During their pursuit of the suspect vessel, CBP Marine Interdiction Agents only saw one person operating the suspect vessel, which was the same person operating the suspect vessel at the time it became disabled, that is, the individual later identified as Elvis Cooper.

7.      A Marine Interdiction Agent boarded the suspect vessel and handcuffed Elvis Cooper for officer safety.  Approximately fifteen (15) seconds later, the suspect vessel capsized, sending all fourteen (14) of the boat's occupants with no life jackets and CBP Marine Agents into the water.  All of the boat's occupants were rescued and placed on either a CBP or USCG vessel.  All fourteen (14) occupants, which included Robert Denmark, Richard Delancey, and Roland Ferguson, were determined to be citizens and nationals of foreign countries without documentation permitting them to lawfully enter the United States.   Four (4) of the boat's occupants required medical treatment and were transported to St. Mary's Hospital in West Palm Beach, Palm Beach County, Florida.  The remaining ten (10) occupants, which included Robert Denmark, Richard Delancey, and Roland Ferguson, were eventually brought to the USCG Station Lake Worth located in Palm Beach County, Florida.  All ten (10) occupants were then taken to the U.S. Border Patrol Station for processing and interviews.

### Richard Delancey

Richard Delancey was read *Miranda* warnings, which he waived and made voluntary statement to ICE Special Agents. The following is a summary of the statement of Richard Delancey made to ICE Special Agents:

He admitted to being a citizen of the Bahamas.

He claimed his uncle was the organizer of the smuggling venture and, as a result, he was given free passage to the United States.

He admitted to having been previously removed from the United States.  He was told if he re-entered the United States he would serve five years in prison.

Records from the alien file assigned to Richard Delancey show that he was removed from the United States on or about February 4, 2011.  Records further show that Richard Delancey

neither applied nor received permission of the Attorney General of the United States or the Secretary of the Department of Homeland Security to apply to reenter the United States.

### Roland Ferguson

Roland Ferguson was read *Miranda* warnings, which he waived and made voluntary statement to ICE Special Agents. The following is a summary of the statement of Roland Ferguson made to ICE Special Agents:

He admitted to being a citizen of the Bahamas.

He claimed to have paid $3,500 to be smuggled to anywhere in West Palm Beach. He admitted to having been previously deported from the United States in December 2012.   He knew this was not the correct way to enter the United States.

Records from the alien file assigned to Roland Ferguson show that he was removed from the United States on or about December 7, 2012.  Records further show that Richard Delancey neither applied nor received permission of the Attorney General of the United States or the Secretary of the Department of Homeland Security to apply to reenter the United States.

### Robert Denmark

Records from the alien file assigned to Robert Denmark show that he is citizen and national of Jamaica.  Records from the alien file assigned to Robert Denmark show that he has been removed from the United States on different occasions including on or about August 6. 2010.  Records further show that Robert Denmark neither applied nor received permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security to apply to reenter the United States.

4

WHEREFORE, based on the foregoing facts, your affiant submits that there exists

sufficient probable cause to charge Robert Denmark, Richard Delancey, and Roland Ferguson

with Illegal Re-entry After Removal in violation of 8 U.S.C. §1326(a).

*JMH* *Attempted*
*CS*

**FURTHER AFFIANT SAYETH NAUGHT**

_____
SPECIAL AGENT CYNTHIA SAMPLES
HOMELAND SECURITY INVESTIGATIONS


Sworn to and subscribed before me this
____ day of June, 2013,
in West Palm Beach, Florida


_____
HONORABLE JAMES M. HOPKINS
UNITED STATE MAGISTRATE JUDGE

5